1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ASHLEY M. WALRATH,                         No.  2:19-cv-0811 JAM DB PS

12              Plaintiff,

13        v.                                     <u>ORDER</u>

14   WILLIAM DOAN,

15              Defendant.

16

17        Defendant is proceeding in this action pro se.  The matter was referred to a United States

18   Magistrate Judge pursuant to Local Rule 302(c)(21).

19        On July 9, 2019, the magistrate judge filed findings and recommendations herein which

20   were served on all parties and which contained notice to all parties that any objections to the

21   findings and recommendations were to be filed within fourteen days after service of the findings

22   and recommendations.  Defendant has filed objections to the findings and recommendations.

23        The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.

25   ////

26   ////

27   ////

28   ////

                                                  1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed July 9, 2019 (ECF No. 11) are adopted in full;

3       2.  Defendant's May 8, 2019 motion to proceed in forma pauperis (ECF No. 2) is denied;

4 and

5       3.  This action is remanded to the Sacramento County Superior Court.

6 DATED:  October 7, 2019

7       /s/ John A. Mendez_____

8       UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20 /walrath0811.jo

21

22

23

24

25

26

27

28

2